# Court of Appeals of the State of Georgia

ATLANTA,__March 08, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23A1121. ZACHARY JAMES MCALEXANDER v. VAYMAN & TEITELBAUM, P.C.

After the magistrate court entered a judgment in favor of Vayman & Teitelbaum, P. C., Zachary James McAlexander filed this direct appeal. We, however, lack jurisdiction.

"The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). Accordingly, this Court has jurisdiction to consider matters addressed in a magistrate court's order only if the state or superior court has first reviewed that order. See *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). Given the lack of an appealable state or superior court order, we are unable to consider this appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/08/2023_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*